UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  **5:19-cv-00017-JVS (MAA)**                                Date:  **February 20, 2019**

Title   **Elijah Lee Miller *vs*. West Valley Detention Center**

---

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

    On January 3, 2019, Plaintiff submitted a civil rights Complaint pursuant to 42 U.S.C. § 1983 ("Complaint"). (ECF No. 1.) However, Plaintiff neither paid the required $400 filing fee nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* ECF No. 2.)

    On January 4, 2019, the Court issued an Order Regarding Application to Proceed *In Forma Pauperis* or Payment of Filing Fee and Dismissing Complaint with Leave to Amend ("Order"). (ECF No. 4.) The Court ordered Plaintiff, within 30 days after the Order, to submit the $400 filing fee or application to proceed *in forma pauperis* with supporting documentation. (*Id*. at 1.) The Order also dismissed the Complaint with leave to amend and ordered Plaintiff, if he still wished to pursue the action, to file a First Amended Complaint within 30 days after the Order utilizing the standard civil rights complaint form for prisoners. (*Id*. at 2.) The Court cautioned Plaintiff that failure to comply with the Order would result in a recommendation that the Complaint be dismissed. (*Id*. at 1-2.)

    To date, Plaintiff has failed to (1) submit either the $400 filing fee or an application to proceed *in forma pauperis*, and (2) file a First Amended Complaint.

    Plaintiff is **ORDERED TO SHOW CAUSE** by **March 22, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. C.D. Cal. L.R. 41-1. If on or before that date, Plaintiff (1) submits the $400 filing fee or an application to proceed *in forma pauperis*, and (2) files a First Amended Complaint, then the Order to Show Cause will be discharged, and no

additional action need be taken.  Plaintiff is advised that failure to respond to this Order to Show Cause will result in a recommendation that the Complaint be dismissed.

It is so ordered.

**Initials of Preparer      cw**