# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WEST VALLEY DETENTION CENTER,<br><br>　　　　　Defendant. | Case No. 5:19-cv-00017-JVS (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED: May 15, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE